# U.S. District Court

## Southern District of Illinois

**Notice of Electronic Filing**

The following transaction was entered on 9/24/2025 at 10:46 AM CDT and filed on 9/24/2025

**Case Name:** Fillmore v. Jeffreys et al

**Case Number:** [3:22-cv-02705-GCS](3:22-cv-02705-GCS)

**Filer:**

**WARNING: CASE CLOSED on 03/28/2025**

**Document Number:** 152(No document attached)

**Docket Text:**
**ORDER granting [149] Motion for Leave to Appeal in forma pauperis. The Court finds that Plaintiff is indigent and is unable to certify that this appeal is not taken in good faith. Accordingly, pursuant to 28 U.S.C. Section 1915(b)(1), Plaintiff is assessed an initial partial filing fee of $55.62. The agency having custody of Plaintiff is directed to forward the initial partial filing fee from Plaintiff's account to the Clerk of Court upon receipt of this Order. Plaintiff shall make monthly payments of 20% of the preceding month's income credited to Plaintiff's prison trust fund account (including all deposits to the inmate account from any source) until the $605.00 filing and docketing fee is paid in full. The agency having custody of Plaintiff shall forward payments from Plaintiff's account to the Clerk of this Court each time the amount in the account exceeds $10 until the $605.00 filing fee is paid. Payments shall be mailed to: Clerk of the Court, United States District Court for the Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois 62201. The Clerk is DIRECTED to mail a copy of this Order to the United States Court of Appeals, to Plaintiff, and to the Trust Fund Officer at the Guadalupe County Correctional Facility upon entry of this Order.Signed by Magistrate Judge Gilbert C. Sison on 9/24/2025. (klh)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED.**

**3:22-cv-02705-GCS Notice has been electronically mailed to:**

Alison J. Matusofsky   amatusofsky@cassiday.com, dwallace@cassiday.com

Jennifer Renee Powell     jennifer.powell@ilag.gov, gls@ilag.gov, LeaAnn.Crouch@ilag.gov, Marie.Zaiz@ilag.gov, nathan.sloan@ilag.gov, stacy.lukes@ilag.gov

Timothy P. Dugan     tdugan@cassiday.com, mbyers@cassiday.com

**3:22-cv-02705-GCS Parties and Attorneys without registered email addresses requiring notice by other means:**

Aaron Fillmore
90259
Guadalupe County Correctional Facility
1039 Agua Negra Road
PO Drawer 520
Santa Rosa, NM 88435