# United States Court of Appeals
## For the Seventh Circuit
### Chicago, Illinois 60604

## SUBSTITUTE APPEARANCE

| | | |
|---|---|---|
| Appellate Court No.: | 25-2682 | Docketed on: 9/23/2025 |
| Short Caption: | *Fillmore v. Hughes* | |
| District Court Judge: | Hon. Gilbert C. Sison, Magistrate Judge | |
| District Court No.: | 3:22-cv-02705-GCS | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

You must either enter your appearance within 10 days of docketing this appeal pursuant to Circuit Rule 12(c) or indicate your non-involvement by filing a motion with this court. A "Certificate of Interest" pursuant to Circuit Rule 26.1 must also accompany this form if you intend to participate in this case.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

THE CLERK WILL ENTER MY APPEARANCE AS COUNSEL ON BEHALF OF:

**Latoya Hughes** as the:

[  ]  appellant(s)     [ X ]  appellee(s)     [  ] amicus curiae
[  ]  petitioner(s)    [  ]   respondent(s)   [  ] intervenor(s)

Verify that the address and firm (if any) information is accurate. If incorrect, strike through the incorrect information and record it correctly.

| | |
|---|---|
| Firm, Office or Facility: | OFFICE OF THE ATTORNEY GENERAL |
| Unit, Division or Section: | CIVIL APPEALS DIVISION |
| Address: | 115 South LaSalle Street |
| City/State/Zip: | Chicago, Illinois 60603 |
| Firm Telephone Number: | (312) 814-5659 |

| | |
|---|---|
| Name: | Caleb Rush |
| Signature: | /s/ Caleb Rush |
| Direct Phone No.: | (773) 590-6984 |
| Admitted to Appellate Court? | Yes |

Lead counsel must be admitted to this court within 30 days of docketing and any attorney who orally argues must be admitted to this court, pursuant to Circuit Rule 46(a).

# CERTIFICATE OF FILING AND SERVICE

 I certify that on October 21, 2025, I electronically filed the foregoing Substitute Appearance with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

 Some participants in this appeal, named below, are CM/ECF user(s), and thus will be served via the CM/ECF system.

  Julie A. Teuscher
  jteuscher@cassiday.com

  Samuel Weiss
  sam@rightsbehindbars.org

        /s/ Caleb Rush
        CALEB RUSH
        Assistant Attorney General
        115 South LaSalle Street
        Chicago, Illinois 60603
        (312) 814-2274 (office)
        (773) 590-6984 (cell)
        Caleb.Rush@ilag.gov