IN THE UNITED STATES COURT OF
APPEALS FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| Aaron Fillmore<br><br>Plaintiff-Appellant,<br><br>v.<br><br>Melissa Wise, et al.<br><br>Defendants-Appellees. | No. 25-2682 |

**RESPONSE TO MOTION TO SHOW CAUSE**

Appellant respectfully requests that this Court accept his cured brief as timely filed and not dismiss his appeal for lack of prosecution.

1. Appellant proceeded before the district court and, initially, this Court *pro se*.
2. Undersigned Counsel represents Appellant on this appeal on a pro bono basis.
3. Counsel timely filed Appellant's opening brief and appendix on January 28, 2026.
4. Appellant's opening brief and appendix included the materials required by Circuit Rules 30(a) and 30(b). Counsel inadvertently, however, failed to

include a statement verifying that all materials required by Circuit Rules 30(a) and 30(b) were included.

5. This Court issued a deficiency letter asking undersigned counsel to resubmit the brief within seven days with a statement that all materials required by Circuit Rules 30(a) and 30(b) were included. The letter was sent on January 29 but dated January 28. It asked that the resubmission occur within seven days from the date of the notice.

6. Undersigned counsel understood this to mean seven days from the date the notice was sent. He filed the brief with the Rule 30(d) Statement. He now understands that the Court meant differently and that therefore Appellant's cured brief with the Circuit Rule 30(d) statement was filed after eight days rather than seven. He apologizes for the error and for the inconvenience to the Court. Undersigned counsel works for a small non-profit organization that does not have litigation support staff, and he did not have co-counsel on this matter. He will take care that all technical briefing requirements are met going forward.

## CONCLUSION

For the foregoing reasons, Appellant respectfully requests that this Court deem his cured brief timely filed and not dismiss his appeal for failure to prosecute.

Respectfully submitted,

*/s/ Samuel Weiss*
Samuel Weiss
Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: February 12, 2026

*/s/ Samuel Weiss*
Samuel Weiss

Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033

## CERTIFICATE OF COMPLIANCE

I hereby certify that this response complies with the type-volume requirements of Rule 27(d)(2)(A) and Rule 32(g). This motion contains 284 words.

Date: February 12, 2026


*/s/ Samuel Weiss*
Samuel Weiss

Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033