# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

March 4, 2026

*By the Court:*

|  | AARON FILLMORE, <br>          Plaintiff - Appellant |
|---|---|
| No. 25-2682 | v. |
|  | MELISSA WISE, et al., <br>          Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 3:22-cv-02705-GCS <br> Southern District of Illinois <br> Magistrate Judge Gilbert C. Sison ||

The court, on its own motion, orders appellant to show cause for the failure to respond to the court's order of February 17, 2026. Appellant shall file a response to that order on or before March 11, 2026. Counsel is advised that failure to respond may result in monetary or disciplinary sanctions.

form name: **c7_Order_BTC**     (form ID: **178**)