No. 25-2682

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| AARON FILLMORE, | ) Appeal from the United States |
| | ) District Court for the Southern |
| Plaintiff-Appellant, | ) District of Illinois |
| | ) |
| v. | ) No. 3:22-cv-02705-GCS |
| | ) |
| LATOYA HUGHES, MELISSA WISE, | ) |
| and PERCY MYERS, | ) The Honorable |
| | ) GILBERT C. SISON, |
| Defendants-Appellees. | ) Magistrate Judge Presiding. |

**UNOPPOSED MOTION OF DEFENDANT-APPELLEE LATOYA HUGHES
FOR EXTENSION OF TIME TO FILE BRIEF**

Defendant-Appellee Latoya Hughes moves this court unopposed for a 30-day extension of time, from March 16, 2026, to April 15, 2026, to file her response brief in this appeal, and submits the attached declaration in support of this motion.

                                            Respectfully submitted,

                                            KWAME RAOUL
                                            Attorney General
                                            State of Illinois

By:   /s/ Caleb Rush
       CALEB RUSH
       Assistant Attorney General
       115 South LaSalle Street
       Chicago, Illinois 60603
       (312) 814-2274 (office)
       (773) 590-6984 (cell)
       Caleb.Rush@ilag.gov

## DECLARATION

I, Caleb Rush, state the following:

1.  I am a citizen of the United States over the age of 18. My current business address is 115 South LaSalle Street, Chicago, Illinois 60603. I have personal knowledge of the facts set forth in this declaration. If called upon, I could competently testify to these facts.

2.  I am an Assistant Attorney General in the Civil Appeals Division of the Office of the Attorney General of the State of Illinois. I have been assigned to represent Defendant-Appellee Latoya Hughes, Director of the Illinois Department of Corrections, before this court in this appeal, docketed as No. 25-2682.

3.  The Director's response brief (and the other defendants-appellees' response briefs) are due to be filed with this court on March 16, 2026, on no extensions of time. 7th Cir. Doc. 21.

4.  This motion is being made at least seven days before the response brief's due date, as required by 7th Cir. R. 26.

5.  I will not be able to complete the draft, have it reviewed through the regular review process of the Civil Appeals Division, finalize the draft, and file the brief in this court by March 16, 2026, for several reasons.

6.  On February 25, 2026, I submitted a response brief on behalf of Plaintiff-Appellee People of the State of Illinois in the Illinois Appellate Court, First District, in *People v. Residents Energy, LLC*, No. 1-25-0835, on a final extension of time. This is a consumer fraud action brought against a retail electricity supplier.

The appeal is from the denial of a different electricity supplier's motion to intervene. I gave this brief priority in my work schedule because it was due on a final extension.

7. I am scheduled to file a response brief by April 6, 2026, on behalf of Defendants-Appellees Hon. Patricia Fallon, Hon. Mitchell B. Goldberg, and Kwame Raoul in this court in *Karri v. Bondi*, No. 25-2704, on four extensions of time. In this case, the plaintiff alleges that various public officials and private parties violated her constitutional rights by engaging in a criminal conspiracy against her and/or failing to respond properly to that conspiracy. This brief is a priority in my work schedule because of the number of extensions granted.

8. I am scheduled to file a response brief by April 8, 2026, on behalf of Defendants-Appellees Kenneth Tupy, Matthew Coates, Vincent Lombardo, Kassandra Keiser, and Abigail Ingram in the Illinois Appellate Court, Fourth District, in *Crane v. Tupy*, No. 4-25-0672, on an anticipated fourth extension of time. This is a mandamus action by a former prisoner who alleges that her discharge date was calculated incorrectly. This appeal is a priority in my work schedule because of the number of extensions granted.

9. On March 5, 2026, I gave notice of my intent to file this motion to Samuel Weiss, the attorney for Plaintiff-Appellant Aaron Fillmore. Mr. Weiss indicated that he does not oppose this motion. I also provided a copy of this motion to Mr. Weiss before it was filed with this court

10. I do not request this extension of time from March 16, 2026, to April 15, 2026, to file the response brief in this appeal for purposes of delay, but so that I may

2

try to meet my professional responsibilities, properly represent my clients, and provide this court with a thorough brief in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on March 9, 2026.

/s/ Caleb Rush
CALEB RUSH
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-2274 (office)
(773) 590-6984 (cell)
Caleb.Rush@ilag.gov

**CERTIFICATE OF FILING AND SERVICE**

I certify that on March 9, 2026, I electronically filed the foregoing Unopposed Motion of Defendant-Appellee Latoya Hughes for Extension of Time to File Brief with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

The other participants in this appeal, named below, are CM/ECF users, and thus will be served via the CM/ECF system.

>Julie A. Teuscher
>jteuscher@cassiday.com
>
>Samuel Weiss
>sam@rightsbehindbars.org

>/s/ Caleb Rush
>CALEB RUSH
>Assistant Attorney General
>115 South LaSalle Street
>Chicago, Illinois 60603
>(312) 814-2274 (office)
>(773) 590-6984 (cell)
>Caleb.Rush@ilag.gov