# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

March 9, 2026

*By the Court:*

| No. 25-2682 | AARON FILLMORE,<br>　　　　Plaintiff - Appellant<br><br>v.<br><br>MELISSA WISE, et al.,<br>　　　　Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:22-cv-02705-GCS<br>Southern District of Illinois<br>Magistrate Judge Gilbert C. Sison ||

Upon consideration of the **UNOPPOSED MOTION OF DEFENDANT-APPELLEE LATOYA HUGHES FOR EXTENSION OF TIME TO FILE BRIEF**, filed on March 9, 2026, by counsel for the appellee Latoya Hughes,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1.   The briefs of the appellees are due by April 15, 2026.
2.   The reply brief of the appellant, if any, is due by May 6, 2026.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**    (form ID: **178**)