IN THE UNITED STATES COURT OF
APPEALS FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| Aaron Fillmore<br><br>　　　　Plaintiff-Appellant,<br><br>　　v.<br><br>Melissa Wise, et al.<br><br>　　　　Defendants-Appellees. | No. 25-2682 |

**RESPONSE TO ORDER TO SHOW CAUSE**

Appellant respectfully requests that this Court accept his amended jurisdictional statement and discharge its order to show cause.

1. Appellant proceeded before the district court and, initially, this Court *pro se*.

2. Undersigned Counsel represents Appellant on this appeal on a pro bono basis.

3. Counsel timely filed Appellant's opening brief and appendix on January 28, 2026.

1

4. Appellant's opening brief included a jurisdictional statement but it failed to comply with this Court's local rules seeking additional information beyond the Federal Rules of Civil Procedure.

5. This Court issued an order asking undersigned counsel to file an amended jurisdictional statement with the missing information. Undersigned counsel failed to timely do. He apologizes for the error and for the inconvenience to the Court. He has since filed the amended jurisdictional statement by the date this Court requested in its subsequent order to show cause. Undersigned counsel works for a small non-profit organization that does not have litigation support staff, and he did not have co-counsel on this matter.

6. Counsel for Appellees were not prejudiced. They requested an extension, to which undersigned counsel consented and that this Court has granted. Their brief is due over thirty days from the present date by which time they will have the cured jurisdictional statement. If they require an additional extension due to delay caused by undersigned counsel's error, Appellant will happily consent to that as well.

## CONCLUSION

For the foregoing reasons, Appellant respectfully requests that this Court deem his amended jurisdictional statement timely filed and discharge its order to show cause.

                                      Respectfully submitted,

                                      */s/ Samuel Weiss*
                                      Samuel Weiss
                                      Rights Behind Bars
                                      1800 M Street NW Front 1
                                      #33821
                                      Washington, DC 20033

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2026, I electronically filed the foregoing Response to Order to Show Cause by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: March 11, 2026

                                          */s/ Samuel Weiss*
                                          Samuel Weiss

                                          Rights Behind Bars
                                          1800 M Street NW, Front 1 #33821
                                          Washington, DC 20033

## CERTIFICATE OF COMPLIANCE

I hereby certify that this response complies with the type-volume requirements of Rule 27(d)(2)(A) and Rule 32(g). This response contains 237 words.

Date: March 11, 2026

                                           */s/ Samuel Weiss*
                                           Samuel Weiss

                                           Rights Behind Bars
                                           1800 M Street NW, Front 1 #33821
                                           Washington, DC 20033