# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

March 12, 2026

*By the Court:*

|  | AARON FILLMORE, <br>      Plaintiff - Appellant |
|---|---|
| No. 25-2682 | v. |
|  | MELISSA WISE, et al., <br>      Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 3:22-cv-02705-GCS <br> Southern District of Illinois <br> Magistrate Judge Gilbert C. Sison ||

Upon consideration of the **SHOW CAUSE RESPONSE**, filed on March 9, 2026, by counsel for the appellant,

**IT IS ORDERED** that the March 4, 2026, order to show cause is **DISCHARGED.**

form name: **c7_Order_BTC**     (form ID: **178**)