# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

April 8, 2026

*By the Court:*

| | |
|---|---|
| No. 25-2682 | AARON FILLMORE,<br>　　　　Plaintiff - Appellant<br><br>v.<br><br>MELISSA WISE, et al.,<br>　　　　Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 3:22-cv-02705-GCS<br>Southern District of Illinois<br>Magistrate Judge Gilbert C. Sison |

Upon consideration of the **UNOPPOSED MOTION OF DEFENDANT-APPELLEE LATOYA HUGHES FOR EXTENSION OF TIME TO FILE BRIEF**, filed on April 8, 2026, by counsel for the appellee Latoya Hughes,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1.　　　The briefs of the appellee(s) will be due by May 15, 2026.

2.　　　The reply brief of the appellant(s), if any, will be due by June 5, 2026.

Important Scheduling Notice !

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**　　(form ID: **178**)