21723/054708

**No. 25-2682**

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

---

| | |
|---|---|
| AARON FILLMORE, | ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS |
| *Plaintiff-Appellant,* | |
| v. | |
| | THERE HEARD AS CASE NO. 3:22-cv-02705-GCS |
| MELISSA WISE, et al., | |
| *Defendants-Appellees.* | HONORABLE GILBERT C. SISON |
| | U.S. MAGISTRATE JUDGE |

### UNCONTESTED THIRD MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S RESPONSE BRIEF

NOW COME the Defendants-Appellees, Melissa Wise, NP and Dr. Percy Myers, by and through their attorneys, Cassiday Schade LLP, and move for a third request for an extension of time from May 15, 2026 to June 15, 2026 to file their response brief. The Declaration of counsel is attached hereto and submitted in support of this third request for an extension of time to file the Defendants-Appellees Melissa Wise, NP and Dr. Percy Myers' response brief.

WHEREFORE, the Defendants-Appellees, Melissa Wise, NP and Dr. Percy Myers respectfully request that this Court enter an Order allowing their third request for an extension of time from May 15, 2026 to June 15, 2026 to file their response brief.

Respectfully submitted,

CASSIDAY SCHADE LLP

By: */s/Julie A. Teuscher*
One of the Attorneys for Defendants-Appellees, Melissa Wise, NP and Dr. Percy Myers

Julie A. Teuscher
Cassiday SchadeLLP
222 W. Adams St., Suite 2900
Chicago, IL  60606
(312) 641-3100
(312) 444-1669 (Fax)
jteuscher@cassiday.com

2

21723/054708

## No. 25-2682

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| AARON FILLMORE, | ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS |
| *Plaintiff-Appellant,* | |
| v. | |
| | THERE HEARD AS CASE NO. 3:22-cv-02705-GCS |
| MELISSA WISE, et al., | |
| *Defendants-Appellees.* | HONORABLE GILBERT C. SISON |
| | U.S. MAGISTRATE JUDGE |

## DECLARATION

Julie A. Teuscher certifies pursuant to 28 U.S.C. § 1746 as follows:

1.　　I am a citizen of the United States over the age of 18, and if called upon could competently testify thereto.

2.　　I am appellate counsel for Defendants-Appellees Melissa Wise, NP and Dr. Percy Myers in the captioned matter, charged with the primary responsibility of preparing the Defendants-Appellees' response brief in this appeal.

3.　　The attached motion for a third request for an extension of time to file the Defendants-Appellees' response brief is made to present this Court with a full, accurate, and complete response brief.

4.　　Counsel for Defendants-Appellees has reached out to counsel for plaintiff and counsel for plaintiff has no objection to Defendants-Appellees' third request for an extension of time to file their response brief.

5.　　I will be unable to complete the response brief of the Defendants-Appellees by the deadline of May 15, 2026 for the following reasons:

    a.　　Preparation of a response brief in *Lopez v. Kubalanza,* 25-2420 filed in the 7th Circuit Court of Appeals on March 25, 2026.

b.       Preparation of a response brief in *Evans v. Monaco,* 25-2371, filed in the 7th Circuit Court of Appeals on April 2, 2026.

c.       Preparation of a response brief in *Davis v. Zehra Hyderi,* 2-25-0177 filed in the Illinois Appellate Court, Second District on April 8, 2026 on 3 extensions.

d.       Assisted in the preparation of a Joint Petition for Rehearing in *White v. Advocate Condell Medical Center,* 1-24-0450 filed in the Illinois Appellate Court, First District, on April 21, 2026.

e.       Preparation of a response brief in *Wagner v. Wexford Health Sources, Inc.,* 25-1591 filed in the 7th Circuit Court of Appeals on May 4, 2026.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed:  May 5, 2026

*/s/Julie A. Teuscher*

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2026, I electronically filed the foregoing Third Motion for Extension of Time to File the Appellees' Response brief with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

Respectfully submitted,

CASSIDAY SCHADE LLP

By:   /s/ Julie A. Teuscher
      One of the Attorneys for
      Defendants-Appellees, Melissa
      Wise, NP and Dr. Percy Myers

Julie A. Teuscher
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
jteuscher@cassiday.com

#13843581