# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 5, 2026

*By the Court:*

| | |
|---|---|
| No. 25-2682 | AARON FILLMORE,<br>        Plaintiff - Appellant<br><br>v.<br><br>MELISSA WISE, et al.,<br>        Defendants - Appellees |

**Originating Case Information:**

District Court No: 3:22-cv-02705-GCS
Southern District of Illinois
Magistrate Judge Gilbert C. Sison

Upon consideration of the **UNCONTESTED THIRD MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S RESPONSE BRIEF**, filed on May 5, 2026, by counsel for the appellees Melissa Wise and Percy Myers,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1.      The briefs of the appellees are due by June 15, 2026.
2.      The reply brief of the appellant, if any, is due by July 6, 2026.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**   (form ID: **178**)