No. 25-2682

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| AARON FILLMORE,<br><br>          Plaintiff-Appellant,<br><br>     v.<br><br>LATOYA HUGHES, MELISSA WISE,<br>and PERCY MYERS,<br><br>          Defendants-Appellees. | )   Appeal from the United States<br>)   District Court for the Southern<br>)   District of Illinois<br>)<br>)   No. 3:22-cv-02705-GCS<br>)<br>)<br>)<br>)   The Honorable<br>)   GILBERT C. SISON,<br>)   Magistrate Judge Presiding. |

**MOTION OF DEFENDANT-APPELLEE LATOYA HUGHES
FOR EXTENSION OF TIME TO FILE BRIEF**

Defendant-Appellee Latoya Hughes moves this court for a 30-day extension of time, from July 15, 2026, to August 14, 2026, to file her response brief in this appeal, and submits the attached declaration in support of this motion.

Respectfully submitted,

KWAME RAOUL
Attorney General
State of Illinois

By:     /s/ Caleb Rush
CALEB RUSH
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-2274 (office)
(773) 590-6984 (cell)
Caleb.Rush@ilag.gov

## DECLARATION

I, Caleb Rush, state the following:

1.     I am a citizen of the United States over the age of 18.  My current business address is 115 South LaSalle Street, Chicago, Illinois 60603.  I have personal knowledge of the facts set forth in this declaration.  If called upon, I could competently testify to these facts.

2.     I am an Assistant Attorney General in the Civil Appeals Division of the Office of the Attorney General of the State of Illinois.  I have been assigned to represent Defendant-Appellee Latoya Hughes, Director of the Illinois Department of Corrections, before this court in this appeal, docketed as No. 25-2682.

3.     The Director's response brief (and the other defendants-appellees' response briefs) are due to be filed with this court on July 15, 2026, on four extensions of time.  7th Cir. Doc. 36.  The Director filed a first extension motion on March 9, 2026, 7th Cir. Doc. 26, which the court granted the same day, 7th Cir. Doc. 27.  The Director filed a second extension motion on April 8, 2026, 7th Cir. Doc. 31, which the court granted the same day, 7th Cir. Doc. 32.  A third extension motion was filed by Defendants-Appellees Melissa Wise, NP and Dr. Percy Myers on May 5, 2026, 7th Cir. Doc. 33, which the court also granted the same day, 7th Cir. Doc. 34. The Director filed a fourth extension motion on June 8, 2026, 7th Cir. Doc. 35, which the court granted the next day, 7th Cir. Doc. 36.

4.     This motion is being made at least seven days before the response brief's due date, as required by 7th Cir. R. 26.

1

5.      This brief is currently the top priority in my work schedule.  Although I have made substantial progress in drafting it, I will not be able to complete the draft, have it reviewed through the regular review process of the Civil Appeals Division, finalize the draft, and file the brief in this court by July 15, 2026, for several reasons.

6.      On June 1, 2026, I filed a response brief on behalf of Defendant-Appellee Warden Chad Jennings in this court in *Jones v. Jennings*, No. 25-2864, on a final extension of time.  In this case, a former prisoner alleges that he was denied medical treatment in violation of his constitutional rights.  This brief was a priority in my work schedule because it was due on a final extension.

7.      On June 18, 2026, I filed a response brief on behalf of Defendant-Appellee Illinois Property Tax Appeal Board in the Illinois Appellate Court, Fourth Judicial District, in *Coe Commons, LLC v. State of Ill. Prop. Tax Appeal Bd.*, No. 4-25-0911, on a final extension of time.  This case concerns a property owner's request to reduce the assessment of its property.  This brief was a priority in my work schedule because it was due on a final extension.

8.      I was on vacation from June 22 through July 3, 2026.

9.      On July 7, 2026, I gave notice of my intent to file this motion to Samuel Weiss, the attorney for Plaintiff-Appellant Aaron Fillmore, and inquired whether he would oppose the motion.  I have not received a response.  I also provided a copy of this motion to Mr. Weiss before it was filed with this court.

10.     I do not request this extension of time from July 15, 2026, to August 14, 2026, to file the response brief in this appeal for purposes of delay, but so that I may

2

try to meet my professional responsibilities, properly represent my clients, and provide this court with a thorough brief in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on July 8, 2026.

/s/ Caleb Rush
CALEB RUSH
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-2274 (office)
(773) 590-6984 (cell)
Caleb.Rush@ilag.gov

## CERTIFICATE OF FILING AND SERVICE

I certify that on July 8, 2026, I electronically filed the foregoing Motion of Defendant-Appellee Latoya Hughes for Extension of Time to File Brief with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

The other participants in this appeal, named below, are CM/ECF users, and thus will be served via the CM/ECF system.

Julie A. Teuscher
jteuscher@cassiday.com

Samuel Weiss
sam@rightsbehindbars.org

/s/ Caleb Rush
CALEB RUSH
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-2274 (office)
(773) 590-6984 (cell)
Caleb.Rush@ilag.gov