# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

July 13, 2026

*By the Court:*

| No. 25-2682 | AARON FILLMORE,<br>　　　　Plaintiff - Appellant<br><br>v.<br><br>MELISSA WISE, et al.,<br>　　　　Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:22-cv-02705-GCS<br>Southern District of Illinois<br>Magistrate Judge Gilbert C. Sison ||

Upon consideration of the **MOTION OF DEFENDANT-APPELLEE LATOYA HUGHES FOR EXTENSION OF TIME TO FILE BRIEF**, filed on July 8, 2026, by counsel for the appellees,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1. The briefs of the appellees are due by August 14, 2026.

2. The reply brief of the appellant, if any, is due by September 4, 2026.

No further extensions of time will be allowed, except in extraordinary circumstances.

 Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**　　(form ID: **178**)