CASSIDAY SCHADE LLP
CASSIDAY SCHADE LLP CHICAGO
222 WEST ADAMS STREET, SUITE 2900 CHICAGO, ILLINOIS 60606
OFFICE 312 641 3100 FAX 312 444 1669 CASSIDAY.COM

August 17, 2026

Patrick M. Creagh
(312) 444-2495 | pcreagh@cassiday.com

Christopher G. Conway
Office of the Clerk
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen U.S. Courthouse
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

Re: AARON FILLMORE v. MELISSA WISE, PERCY MYERS, AND LATOYA HUGHES
Court No.: 25-2682

Dear Mr. Conway:

I am appellate counsel for Defendants-Appellees Melissa Wise, NP and Dr. Percy Myers in Appeal No. 25-2682. Appellees' Response Brief was filed on August 14, 2026 (Doc. 41)

Due to being unavailable and unable to conduct oral argument on the following dates, I respectfully request the Court avoid setting oral argument in this appeal on these dates:

September 22-September 25, 2026
September 28, 2026
October 1, 2026
October 6, 2026
October 26, 2026
December 7-December 11, 2026
January 26-January 27, 2027

Thank you very much for your consideration.

Sincerely,

Cassiday Schade LLP

*Patrick M. Creagh*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2026, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

Respectfully submitted,

CASSIDAY SCHADE LLP

By: */s/Patrick M. Creagh*
One of the Attorneys for Defendants-Appellees,
Melissa Wise, NP and Dr. Percy Myers