OFFICE OF THE ATTORNEY GENERAL
STATE OF ILLINOIS

KWAME RAOUL
ATTORNEY GENERAL

September 22, 2026

Christopher G. Conway
Clerk of the Court
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street, Room 2722
Chicago, Illinois 60604

Re: *Fillmore v. Hughes* (*Wise*), No. 25-2682

Dear Mr. Conway:

I am an Assistant Attorney General assigned to represent Defendant-Appellee Latoya Hughes in the above-captioned case. I ask that oral argument not be scheduled during November 25 through December 1, and December 21 through 31, 2026, as I have travel arrangements that would make it difficult for me to present argument on those dates.

Thank you for your consideration.

Sincerely yours,

/s/ Caleb Rush
CALEB RUSH
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-2274 (office)
(773) 590-6984 (cell)
Caleb.Rush@ilag.gov

**CERTIFICATE OF FILING AND SERVICE**

I certify that on September 22, 2026, I electronically filed the foregoing Letter in *Fillmore v. Hughes*, No. 25-2682, with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

The other participants in this appeal, named below, are CM/ECF users, and thus will be served via the CM/ECF system.

Patrick M. Creagh
pcreagh@cassiday.com

Julie A. Teuscher
jteuscher@cassiday.com

Samuel Weiss
sam@rightsbehindbars.org

/s/ Caleb Rush
CALEB RUSH
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-2274 (office)
(773) 590-6984 (cell)
Caleb.Rush@ilag.gov